# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Cheri E Morgan                                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-70091 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT and index same on the master mailing list.

                                     Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
18 Mar 2024, 16:34:51, EDT

Denise Carlon, Esq. (317226)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com