

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

24-70091

DEBTOR(S):

CHERI E MORGAN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $878.27

CREDITOR'S SIGNATURE:

/s/ Star Tumminelli

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/26/2024