Certificate Number: 05781-PAW-DE-038327509

Bankruptcy Case Number: 24-70091



05781-PAW-DE-038327509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2024, at 5:34 o'clock PM PDT, Cheri Morgan completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 28, 2024              By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President