**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

IN RE:                                                                                         CASE NO.: 24-70091-JAD
                                                                                                               CHAPTER 13

Cheri E Morgan,
    Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of STATEBRIDGE COMPANY, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Attorney for Secured Creditor
                                            13010 Morris Rd., Suite 450
                                            Alpharetta, GA  30004
                                            Telephone: 470-321-7112
                                            Facsimile: 404-393-1425

                                            By: _\S\Michelle L. McGowan, Esq._
                                               Michelle L. McGowan, Esq., Esquire
                                               Pennsylvania Bar No. 62414 PA
                                               Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

CHERI E MORGAN
230 FRANCE STREET
SPROUL, PA 16682

And via electronic mail to:

BMZ LAW
113 4TH STREET
HUNTINGDON, PA 16652

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

                                         By: /s/ Amanda Nelson