UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.  24-70091-JAD |
| **CHERI E MORGAN.** | : | |
| Debtor | : | **Chapter 13** |

CHERI E. MORGAN

    Debtor/Objector/Movant,

vs.

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS
TRUSTEE FOR PNPMS TRUST III, c/o
STATEBRIDGE COMPANY, LLC
6061 SOUTH WILLOW DRIVE SUITE 300
GREENWOOD VILLAGE, CO 80111
    Claimant/Respondent

NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF CHERI E. MORGAN OBJECTIING TO CLAIM #5 FILED BY RESONDENT WITH REQEUST FOR VALUATION OF PROPERTY

TO THE RESPONDENT(S): WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST III,  c/o STATEBRIDGE COMPANY, LLC 6061 SOUTH WILLOW DRIVE SUITE 300GREENWOOD VILLAGE, CO 80111

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **SEPTEBMER 17**, 2024, i.e., thirty-three (33) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Motion and Notice to your lawyer at once.

A Zoom Video Conference Hearing will be held on **October 9, 2024**, at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing Zoom Self-Scheduled Hearing Notice (updated 1/19/2021) capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 8/15/2024

By:    _James M. McClure, Esquire___
Attorney for Movant/Applicant

 s/ James M. McClure, Esquire_____
Signature:

20 S. Wayne Street, Lewistown, PA 17044____
Address

814643-3555_____
Phone No.

80103_____
List Bar I.D. and State of Admission

_