**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Bankruptcy Case No. 24-70091-JAD |
| | : Chapter: 13 |
| CHERI E. MORGAN | : |
|     Debtor | : |

___

| | |
|---|---|
| CHERI E. MORGAN | : |
|     Debtor/Plaintiff, | : |
| | : Adversary No.. 24-07006-JAD |
| vs. | : |
| | : |
| WILMINGTON SAVINGS FUND | : |
| SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS | : |
| TRUSTEE FOR PNPMS TRUST III, c/o | : |
| STATEBRIDGE COMPANY, LLC | : |
| 6061 SOUTH WILLOW DRIVE SUITE 300 | : |
| GREENWOOD VILLAGE, CO 80111 | : |
| | : |
|     Defendant | : |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 16th day of August, 2024, I served a copy of the within **Complaint, Summons and First Pretrial Order** by First Class United States Mail, Postage Prepaid:

on the defendant(s) at:

| | |
|---|---|
| WILMINGTON SAVINGS FUND<br>SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS<br>TRUSTEE FOR PNPMS TRUST III, c/o<br>STATEBRIDGE COMPANY, LLC<br>6061 SOUTH WILLOW DRIVE SUITE 300<br>GREENWOOD VILLAGE, CO 80111 | State Bridge Company, LLC<br>PO Box 173313<br>Denver, CO 80217-3313<br><br>Office of United States Trustee<br>1000 Liberty Avenue, Suite 1316<br>Pittsburgh, PA 15522 |
| Michele L. McGowan, Esquire<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>13010 Morris Road, Suite 450<br>Alpharetta GA 30004 | Chapter 13 Trustee<br>Rhonda J. Winnecour<br>U.S. Steel Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219 |

| | |
|---|---|
| Executed on: <u>8/16/2024</u> | /s/ James M. McClure |
| (Date) | (Signature) |

<u>James M. McClure, Esquire, 20 S. Wayne Street, Lewistown, PA 17044</u>
(Type Name and Mailing Address of the Person Who Made Service)