UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| In re:<br><br>**Cheri E Morgan**<br>　　　　　　Debtor,<br><br>**Cheri E Morgan**<br>　　　　　　Objecting Party<br>　v.<br>**Statebridge Company, LLC,**<br>　　　　　　Respondents. | **Bankruptcy** 24-70091-JAD<br><br>**Chapter** 13<br><br>**Related Doc.** No. 35 and 43 |
|---|---|

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO CLAIM (DE #35) AND DISMISSING DEBTOR'S ADVERSARY CASE 24-07006

This Stipulation Resolving Debtor's Objection to Claim (DE #35) and Dismissing Debtor's Adversary Case 24-07006 ("Objections") is entered by and between Statebridge Company, LLC ("Secured Creditor"), by and through its attorneys of record, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, and Cheri E Morgan ("Debtor"), by and through their respective attorney of record, James M. McClure, Esq. , Secured Creditor and Debtor are collectively sometimes referred to herein as the "Parties."

### RECITALS

1. Debtor, Cheri E Morgan ("Debtor"), filed the instant Chapter 13 Petition on March 11, 2024.
2. Secured Creditor timely filed its Proof of Claim on May 20, 2023 as Claim Number 5-1.
3. On August 15, 2024, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim (DE# 35).
4. On August 15, 2024, Debtor Filed Adversary case 24-07006 to Determine Extent of Lien.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. This Stipulation shall resolve Debtor's Adversary Complaint in Debtor's Adversary Case 24-07006;

2. Secured Creditor has agreed to accept $19,000.00 in full satisfaction of the Secured Creditor's Proof of Claim.

3. The $19,000.00 will be paid through the remainder of the Chapter 13 plan which Debtor shall cause to be amended subject to approval by the Chapter 13 Trustee;

4. Upon entry of the Stipulation, the Adversary Complaint will be voluntarily dismissed without prejudice;

5. Further, with such approval of the within Stipulation, the Debtor's Objection to Claim is resolved and the hearing scheduled for November 5, 2024 at 11:00 AM on the Parties' respective Objection is hereby cancelled.

6. If the Chapter 13 case is dismissed, converted to Chapter 7, or if the subject property is sold prior to discharge in the Chapter 13 case, this agreement will be void, and the entire balance of the original claim will be reinstated with any payments received being credited toward the original balance.

7. The Parties agree to the form, substance and provisions of this Stipulation and request the Court to Approve the same.

**IT IS SO STIPULATED:**

                                              **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Date: 10/29/2024            By: /s/ Michelle L. McGowan
                                              Michelle L. McGowan, Esquire
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA  30004
                                              Telephone: 817-873-3080
                                              Email: mimcgowan@raslg.com
                                              *Attorney for Secured Creditor*

Date: 10/25/2024            By: /s/ James M. McClure
                                              James M. McClure
                                              BMZ Law
                                              113 4th Street
                                              Huntingdon, PA 16652
                                              814-643-3555
                                              Fax : 814-643-1173
                                              Email: jmcclure@bmzlaw.com
                                              *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| In re: | **Bankruptcy** 24-70091-JAD |
|---|---|
| **Cheri E Morgan** | **Chapter** 13 |
| Debtor, | |
| | **Related Doc.** No. 35 and 43 |
| **Cheri E Morgan** | |
| Objecting Party | |
| v. | |
| **Statebridge Company, LLC,** | |
| Respondents. | |

**ORDER APPROVING STIPULATION RESOLVING DEBTOR'S OBJECTION TO CLAIM (DE #35) AND DISMISSING DEBTOR'S ADVERSARY CASE 24-07006**

AND NOW, this __31st__ day of October, 2024, upon consideration of the Stipulation entered into by counsel for Statebridge Company, LLC and the Debtor, Cheri E Morgan, it is hereby ORDERED, ADJUDGED, and DECREED that the terms of the foregoing Stipulation are hereby approved in their entirety.

BY THE COURT:

_____ sjk
Hon. Jeffery A. Deller
U.S. Bankruptcy Court Judge

FILED
10/31/24 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70091-JAD |
| Cheri E Morgan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheri E Morgan, 230 France Street, Sproul, PA 16682-8106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT dcarlon@kmllawgroup.com |
| James M. McClure | on behalf of Plaintiff Cheri E Morgan jmcclure@bmzlaw.com  slash@bmzlaw.com;calbright@bmzlaw.com |
| James M. McClure | on behalf of Debtor Cheri E Morgan jmcclure@bmzlaw.com  slash@bmzlaw.com;calbright@bmzlaw.com |
| Michelle L. McGowan | on behalf of Creditor STATEBRIDGE COMPANY  LLC mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Defendant Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III c/o Statebridge Company, LLC mimcgowan@raslg.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 31, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7